**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01409-CV

**LEATHA A. MUNAI, Appellant**

**V.**

**WILLIAM K. MUNAI, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF 04-04859**

## ORDER

We **GRANT** appellee's motion for leave to file sur-reply brief and **ORDER** the brief

tendered to the Clerk of the Court on June 18, 2014 filed as of that date. No further briefing shall

be filed unless ordered by the Court.

/s/    ELIZABETH LANG-MIERS
           JUSTICE